**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WANNETT DRINNING-DUFFEE and
RONNIE DUFFEE,

    Plaintiff,

v.                                       Case No. 3:12-cv-664-J-99MMH-JRK

ENHANCED RECOVERY COMPANY,
LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response filed on or before **October 29, 2012**, why this case should not be **dismissed** for lack of prosecution pursuant to Local Rule 3.10, or **sanctions** imposed due to the parties' failure to file a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B). The parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of October, 2012.

                                                                **MARCIA MORALES HOWARD**
                                                                 United States District Judge

em

Copies to:

Counsel of Record
Pro Se Party